FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>Stephanie Madsen,<br>   Defendant. | Case No.: MJ 22-1936<br><br>ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Barbara McAuliffe__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

 (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

 (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: __not contacting codefendant, using unauthorized phone, using false personal identifier__

and

(2)

    (A)  (✓)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (✓)  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1)(A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)  ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓)  IT IS ORDERED that the defendant be detained prior to ~~trial~~ revocation proceedings in charging district.

DATED: 5/16/2022

/s/ JEAN P. ROSENBLUTH
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE